**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7157**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

YOUNG DOWELL, JR.,

              Defendant - Appellant.

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  David A. Faber, Senior
District Judge.  (1:04-cr-00066-1)

Submitted:  September 11, 2012       Decided:  September 14, 2012

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Young Dowell, Jr., Appellant Pro Se.  Miller A. Bushong, III,
OFFICE OF THE UNITED STATES ATTORNEY, Beckley, West Virginia;
John J. Frail, Steven Loew, Assistant United States Attorneys,
Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Young Dowell, Jr., appeals a district court order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006). The district court found Dowell was not eligible for a reduction under the recent amendments to the Sentencing Guidelines because his sentence was based not on a quantity of crack cocaine, but on his career offender status. We conclude that the district court did not abuse its discretion denying Dowell's motion for a sentence reduction. United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (stating standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED